# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: O'ROURKE, INC D/B/A ELIZABETH MARKE | § Case No. 10-74874 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 30, 2010. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          10,457.35

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim distribution | 0.00 |
    | Administrative expenses | 0.00 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]    $ | 10,457.35 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 03/01/2011 and the deadline for filing governmental claims was 03/01/2011. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,795.74. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,795.74, for a total compensation of $1,795.74.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $32.12, for total expenses of $32.12.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/14/2011          By:/s/JOSEPH D. OLSEN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-74874  
Case Name: O'ROURKE, INC D/B/A ELIZABETH MARKE  
Period Ending: 03/14/11

Trustee: (330400) JOSEPH D. OLSEN  
Filed (f) or Converted (c): 09/30/10 (f)  
§341(a) Meeting Date: 11/08/10  
Claims Bar Date: 03/01/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Elizabeth Banking Center - checking | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2005 Jeep Grand Cherokee | 12,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Nominal complement of office equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc equipment and fixtures (market value is est | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Store Inventory (retail estimated @ $110,000)(es | 79,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. Receivables (u) | 0.00 | 0.00 | | 209.14 | FA |
| 7 | Stocks/bonds (u) (See Footnote) | 8,801.54 | Unknown | | 10,247.95 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.26 | Unknown |
| 8 | Assets    Totals (Excluding unknown values) | $222,101.54 | $0.00 | | $10,457.35 | $0.00 |

RE PROP# 7    Amended

---

**Major Activities Affecting Case Closing:**

Recent case. Only asset Trustee administering were the shares of stock Debtor held in a cooperative. Those have been liquidated. The issuer of the shares of stock offset his claims against a portion of them. The Trustee also received some miscellaneous checks when he changed the mail for the Debtor. Haven't not received checks in a while and assume those are over with. Waiting to get engagement letter from accountants to prepare the final corporate tax return. The proof of claim period expires 3/1/11 and the final report should be on file by 12/31/11.

Initial Projected Date Of Final Report (TFR):    December 31, 2011        Current Projected Date Of Final Report (TFR):    December 31, 2011

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-74874 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | O'ROURKE, INC D/B/A ELIZABETH MARKE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******51-65 - Money Market Account |
| Taxpayer ID #: | **-***4616 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/14/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/10 | {6} | Heartland financial USA, Inc. | receivable | 1229-000 | 18.14 | | 18.14 |
| 11/29/10 | {7} | Certco, Inc. | shares of stock | 1229-000 | 10,247.95 | | 10,266.09 |
| 11/29/10 | {6} | Illinois Casualty Co. | Receivable | 1229-000 | 47.00 | | 10,313.09 |
| 12/30/10 | {6} | Grinnell Mutual Reinsurance Company | refund | 1229-000 | 144.00 | | 10,457.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,457.17 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,457.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,457.33 |
| 03/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 10,457.35 |
| 03/09/11 | | To Account #9200******5166 | Prep. of F. Rpt | 9999-000 | | 10,457.35 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,457.35 | 10,457.35 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,457.35 | |
| | | | Subtotal | | 10,457.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,457.35 | $0.00 | |

{} Asset reference(s)                                                                                    Printed: 03/14/2011 07:56 AM   V.12.56

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-74874 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | O'ROURKE, INC D/B/A ELIZABETH MARKE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******51-66 - Checking Account |
| Taxpayer ID #: | **-***4616 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 03/14/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/11 | | From Account #9200******5165 | Prep. of F. Rpt | 9999-000 | 10,457.35 | | 10,457.35 |
| | | | ACCOUNT TOTALS | | 10,457.35 | 0.00 | $10,457.35 |
| | | | Less: Bank Transfers | | 10,457.35 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

Net Receipts :     10,457.35

Net Estate :      $10,457.35

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # 9200-******51-65 | 10,457.35 | 0.00 | 0.00 |
| Checking # 9200-******51-66 | 0.00 | 0.00 | 10,457.35 |
| | $10,457.35 | $0.00 | $10,457.35 |

{} Asset reference(s)

Printed: 03/14/2011 07:56 AM    V.12.56

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

Claims Bar Date: March 1, 2011

Case Number: 10-74874　　　　　　　　　　　Page: 1　　　　　　　　　　　Date: March 14, 2011
Debtor Name: O'ROURKE, INC D/B/A ELIZABETH MARKE　　　　　　　　　　　Time: 07:56:09 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,795.74 | $0.00 | 1,795.74 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $32.12 | $0.00 | 32.12 |
| 1<br>610 | Bill Doran Company<br>619 W. Jefferson Street<br>Rockford, IL 61103 | Unsecured | | $319.70 | $0.00 | 319.70 |
| 2<br>610 | Badger Inventory Service<br>PO Box 8456<br>Madison, WI 53708 | Unsecured | | $380.82 | $0.00 | 380.82 |
| 3<br>610 | Earthgrains<br>21066 Network Place<br>Chicago, IL 60673-1210 | Unsecured | | $1,001.96 | $0.00 | 1,001.96 |
| 4<br>610 | Jo-Carroll Energy Inc (NFP)<br>PO Box 390<br>Elizabeth, IL 61028-0390 | Unsecured | | $12,586.23 | $0.00 | 12,586.23 |
| 5<br>610 | Bonnett<br>PO Box 79<br>Milan, IL 61264-0079 | Unsecured | | $1,797.73 | $0.00 | 1,797.73 |
| 6<br>610 | ET Video<br>PO Box 327<br>616 Velvet Avenue<br>Coon Rapids, IA 50058 | Unsecured | | $2,741.78 | $0.00 | 2,741.78 |
| << Totals >> | | | | 20,656.08 | 0.00 | 20,656.08 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-74874
Case Name: O'ROURKE, INC D/B/A ELIZABETH MARKE
Trustee Name: JOSEPH D. OLSEN

**Balance on hand:** $ 10,457.35

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 10,457.35

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,795.74 | 0.00 | 1,795.74 |
| Trustee, Expenses - JOSEPH D. OLSEN | 32.12 | 0.00 | 32.12 |

Total to be paid for chapter 7 administration expenses: $ 1,827.86
Remaining balance: $ 8,629.49

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,629.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,629.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (10/1/2010)**

Timely claims of general (unsecured) creditors totaling $ 18,828.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bill Doran Company | 319.70 | 0.00 | 146.53 |
| 2 | Badger Inventory Service | 380.82 | 0.00 | 174.54 |
| 3 | Earthgrains | 1,001.96 | 0.00 | 459.23 |
| 4 | Jo-Carroll Energy Inc (NFP) | 12,586.23 | 0.00 | 5,768.61 |
| 5 | Bonnett | 1,797.73 | 0.00 | 823.95 |
| 6 | ET Video | 2,741.78 | 0.00 | 1,256.63 |

Total to be paid for timely general unsecured claims: $ 8,629.49
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)