## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: O'ROURKE, INC D/B/A ELIZABETH MARKE | § | Case No. 10-74874 |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 05/04/2011 in Courtroom 115, United States Courthouse, 211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 03/14/2011      By: /s/JOSEPH D. OLSEN_____
                                                    Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: O'ROURKE, INC D/B/A ELIZABETH MARKE | § | Case No. 10-74874 |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,457.35 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 10,457.35 |
| **Balance on hand:** | $ 10,457.35 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 10,457.35 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,795.74 | 0.00 | 1,795.74 |
| Trustee, Expenses - JOSEPH D. OLSEN | 32.12 | 0.00 | 32.12 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,827.86 |
| Remaining balance: | $ 8,629.49 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 8,629.49

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 8,629.49

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,828.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 45.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Bill Doran Company | 319.70 | 0.00 | 146.53 |
| 2 | Badger Inventory Service | 380.82 | 0.00 | 174.54 |
| 3 | Earthgrains | 1,001.96 | 0.00 | 459.23 |
| 4 | Jo-Carroll Energy Inc (NFP) | 12,586.23 | 0.00 | 5,768.61 |
| 5 | Bonnett | 1,797.73 | 0.00 | 823.95 |
| 6 | ET Video | 2,741.78 | 0.00 | 1,256.63 |

Total to be paid for timely general unsecured claims: $ 8,629.49
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 10-74874 Doc 21 Filed 03/22/11 Entered 03/24/11 23:25:43 Desc Imaged
Certificate of Service Page 5 of 6

```
United States Bankruptcy Court
Northern District of Illinois
```

In re:                                                                    Case No. 10-74874-MB
O'Rourke, Inc d/b/a Elizabeth Marke                                       Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cbachman            Page 1 of 2          Date Rcvd: Mar 22, 2011
                              Form ID: pdf006           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2011.
```
db         +O'Rourke, Inc d/b/a Elizabeth Market,   3449 S Becker Rd,    Elizabeth, IL 61028-9752
aty        +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,  Suite 201,
             Rockford, IL 61108-2582
aty        +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
tr         +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
16210240    AERO,   120 E. Stephenson Street,   Freeport, IL 61032
16210241   +Artic Glacier,   1654 Marthaler Lane West,   Saint Paul, MN 55118-3516
16210242   +Badger Inventory Service,   PO Box 8456,   Madison, WI 53708-8456
16210243   +Basten Beverage,   101 E. Spring Street,   Freeport, IL 61032-4340
16210244   +Bauer & Fonseca,   115 W. Front Avenue,   PO Box 87,   Stockton, IL 61085-0087
16210246    Bonnett,   PO Box 79,   Milan, IL 61264-0079
16210249    CST Co. Inc.,   CST Building,   PO Box 33127,   Louisville, KY 40232-3127
16210247    Capital One Bank,   P.O. Box 6492,   Carol Stream, IL 60197-6492
16210248   +Coca Cola,   2335 Paysphere Circle,   Chicago, IL 60674-0001
16210250   +Donald Joseph O'Rourke,   3449 S Becker Road,   Elizabeth, IL 61028-9752
16210251    Dr. Pepper,   23214 Network Place,   Chicago, IL 60673-1232
16210253   +ET Video,   PO Box 327,   616 Velvet Avenue,   Coon Rapids, IA 50058-6501
16210252    Earthgrains,   21066 Network Place,   Chicago, IL 60673-1210
16210254    Frito Lay,   PO Box 643103,   Pittsburgh, PA 15264-3103
16210257    Grinnell Mutual Insurance,   PO Box 809009,   Kansas City, MO 64180-9009
16210259   +Interstate Brands,   PO Box 3989,   Davenport, IA 52808-3989
16210260    Jesse White,   Secretary of State,   501 2nd Street,   Springfield, IL 62756-5510
16210261    Jo-Carroll Energy Inc (NFP),   PO Box 390,   Elizabeth, IL 61028-0390
16210262    Joseph, Mann & Creed,   PO Box 22253,   Beachwood, OH 44122-0253
16210263    Kasco,   PO Box 202368,   Dallas, TX 75320-2368
16210264    Kraft Pizza,   23050 Network Place,   Chicago, IL 60673-1230
16210265   +Kurt's Polar Air,   10001 N. Damascus Road,   Mc Connell, IL 61050-9713
16210266    Myers-Cox,   PO Box 180,   Peosta, IA 52068-0180
16210268   +Northwest Illinois News Service,   PO Box 694,   Lena, IL 61048-0694
16210269   +Orkin,   PO Box 1043,   Dubuque, IA 52004-1043
16210270   +Pat & Mary O'Rourke,   530 Franklin Street,   Galena, IL 61036-1731
16210271    Pepsi Company,   10537 Highway 52 North,   Dubuque, IA 52001-8857
16210272   +Southern Wisconsin News,   58 Artisan Road,   Edgerton, WI 53534-9417
16210273    Telegraph Herald - Sales,   Circulation Department,   PO Box 688,   Dubuque, IA 52004-0688
16210274   +The Journal Standard - Sales,   PO Box 330,   Freeport, IL 61032-0330
16210275    US Food Service,   PO Box 771829,   Chicago, IL 60677-1008
16210276   +Village of Elizabeth,   PO Box 236,   Elizabeth, IL 61028-0236
16210277   +Werhane Enterprises (Dean's Milk),   509 E. Main Street,   PO Box 475,   Lena, IL 61048-0475
16210278    Wisconsin Credit Association,   PO Box 510157,   New Berlin, WI 53151-0157
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16210245   +E-mail/Text: lfleming@billdoran.com Mar 23 2011 00:07:28     Bill Doran Company,
             619 W. Jefferson Street,   Rockford, IL 61103-6742
16210255    E-mail/Text: mdatnc@ncnetwork.net Mar 23 2011 00:06:51     Frontier,   PO Box 2951,
             Phoenix, AZ 85062-2951
16210256   +E-mail/Text: Bankruptcy@htlf.com Mar 23 2011 00:06:21     Galena State Bank,
             Elizabeth Banking Center,   115 N Main Street,   Elizabeth, IL 61028-8800
16210258    E-mail/Text: bankruptcy@hraccounts.com Mar 23 2011 00:02:21     H&R Accounts, Inc.,   PO Box 672,
             Moline, IL 61266-0672
16210267   +E-mail/Text: bankrup@nicor.com Mar 23 2011 00:02:04     Nicor Gas - Bankruptcy Dept.,
             1844 Ferry Road,   Naperville, IL 60563-9600
                                                                                             TOTAL: 5
```
```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-3          User: cbachman              Page 2 of 2             Date Rcvd: Mar 22, 2011
                              Form ID: pdf006             Total Noticed: 43
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 24, 2011**                         **Signature:**        *Joseph Speetjens*