**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: O'ROURKE, INC D/B/A ELIZABETH MARKE  § Case No. 10-74874
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $230,903.08 *(without deducting any secured claims)* | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $8,629.49 | Claims Discharged Without Payment: $10,198.73 |
| Total Expenses of Administration: $1,827.86 | |

3) Total gross receipts of $ 10,457.35 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,457.35 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $326,741.72 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,827.86 | 1,827.86 | 1,827.86 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 4,984.84 | 18,828.22 | 18,828.22 | 8,629.49 |
| **TOTAL DISBURSEMENTS** | $331,726.56 | $20,656.08 | $20,656.08 | $10,457.35 |

    4) This case was originally filed under Chapter 7 on September 30, 2010. The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/26/2011          By: /s/JOSEPH D. OLSEN
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Misc. Receivables | 1229-000 | 209.14 |
| Stocks/bonds | 1229-000 | 10,247.95 |
| Interest Income | 1270-000 | 0.26 |
| **TOTAL GROSS RECEIPTS** | | **$10,457.35** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Galena State Bank Elizabeth Banking Center | 4110-000 | 152,037.32 | N/A | N/A | 0.00 |
| NOTFILED | Galena State Bank Elizabeth Banking Center | 4110-000 | 15,848.32 | N/A | N/A | 0.00 |
| NOTFILED | Galena State Bank Elizabeth Banking Center | 4110-000 | 150,442.68 | N/A | N/A | 0.00 |
| NOTFILED | Galena State Bank Elizabeth Banking Center | 4110-000 | 8,413.40 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$326,741.72** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,795.74 | 1,795.74 | 1,795.74 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 32.12 | 32.12 | 32.12 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 1,827.86 | 1,827.86 | 1,827.86 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Bill Doran Company | 7100-000 | N/A | 319.70 | 319.70 | 146.53 |
| 2 | Badger Inventory Service | 7100-000 | 344.77 | 380.82 | 380.82 | 174.54 |
| 3 | Earthgrains | 7100-000 | N/A | 1,001.96 | 1,001.96 | 459.23 |
| 4 | Jo-Carroll Energy Inc (NFP) | 7100-000 | N/A | 12,586.23 | 12,586.23 | 5,768.61 |
| 5 | Bonnett | 7100-000 | 1,868.29 | 1,797.73 | 1,797.73 | 823.95 |
| 6 | ET Video | 7100-000 | 2,771.78 | 2,741.78 | 2,741.78 | 1,256.63 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 4,984.84 | 18,828.22 | 18,828.22 | 8,629.49 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74874  
**Case Name:** O'ROURKE, INC D/B/A ELIZABETH MARKE  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 09/30/10 (f)  
**§341(a) Meeting Date:** 11/08/10  

**Period Ending:** 07/26/11  
**Claims Bar Date:** 03/01/11  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Elizabeth Banking Center - checking | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | 2005 Jeep Grand Cherokee | 12,500.00 | 0.00 | DA | 0.00 | FA |
| 3 | Nominal complement of office equipment | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc equipment and fixtures (market value is est | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Store Inventory (retail estimated @ $110,000)(es | 79,200.00 | 0.00 | DA | 0.00 | FA |
| 6 | Misc. Receivables  (u) | 0.00 | 0.00 | DA | 209.14 | FA |
| 7 | Stocks/bonds  (u)  (See Footnote) | 8,801.54 | Unknown | DA | 10,247.95 | FA |
| 8 | 54 shares co-op stock- Certco | 8,801.54 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 0.26 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $230,903.08 | $0.00 | | $10,457.35 | $0.00 |

RE PROP# 7     Amended

**Major Activities Affecting Case Closing:**

Recent case.  Only asset Trustee administering were the shares of stock Debtor held in a cooperative.  Those have been liquidated.  The issuer of the shares of stock offset his claims against a portion of them.  The Trustee also received some miscellaneous checks when he changed the mail for the Debtor.  Haven't not received checks in a while and assume those are over with.  Waiting to get engagement letter from accountants to prepare the final corporate tax return.  The proof of claim period expires 3/1/11 and the final report should be on file by 12/31/11.

**Initial Projected Date Of Final Report (TFR):**     December 31, 2011        **Current Projected Date Of Final Report (TFR):**     December 31, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74874  
**Case Name:** O'ROURKE, INC D/B/A ELIZABETH MARKE  
**Taxpayer ID #:** **-***4616  
**Period Ending:** 07/26/11

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******51-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/29/10 | {6} | Heartland financial USA, Inc. | receivable | 1229-000 | 18.14 | | 18.14 |
| 11/29/10 | {7} | Certco, Inc. | shares of stock | 1229-000 | 10,247.95 | | 10,266.09 |
| 11/29/10 | {6} | Illinois Casualty Co. | Receivable | 1229-000 | 47.00 | | 10,313.09 |
| 12/30/10 | {6} | Grinnell Mutual Reinsurance Company | refund | 1229-000 | 144.00 | | 10,457.09 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,457.17 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,457.25 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,457.33 |
| 03/09/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.02 | | 10,457.35 |
| 03/09/11 | | To Account #9200******5166 | Prep. of F. Rpt | 9999-000 | | 10,457.35 | 0.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 10,457.35 | 10,457.35 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 10,457.35 | |
| | **Subtotal** | | **10,457.35** | **0.00** | |
| | Less: Payments to Debtors | | | 0.00 | |
| | **NET Receipts / Disbursements** | | **$10,457.35** | **$0.00** | |

{} Asset reference(s)

Printed: 07/26/2011 09:58 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-74874 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | O'ROURKE, INC D/B/A ELIZABETH MARKE | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******51-66 - Checking Account |
| Taxpayer ID #: | **-***4616 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/26/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/09/11 | | From Account #9200******5165 | Prep. of F. Rpt | 9999-000 | 10,457.35 | | 10,457.35 |
| 05/11/11 | 101 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,795.74, Trustee Compensation;  Reference: | 2100-000 | | 1,795.74 | 8,661.61 |
| 05/11/11 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $32.12, Trustee Expenses;  Reference: | 2200-000 | | 32.12 | 8,629.49 |
| 05/11/11 | 103 | Bill Doran Company | Dividend paid  45.83% on $319.70; Claim# 1; Filed: $319.70; Reference: | 7100-000 | | 146.53 | 8,482.96 |
| 05/11/11 | 104 | Badger Inventory Service | Dividend paid  45.83% on $380.82; Claim# 2; Filed: $380.82; Reference: | 7100-000 | | 174.54 | 8,308.42 |
| 05/11/11 | 105 | Earthgrains | Dividend paid  45.83% on $1,001.96; Claim# 3; Filed: $1,001.96; Reference: | 7100-000 | | 459.23 | 7,849.19 |
| 05/11/11 | 106 | Jo-Carroll Energy Inc (NFP) | Dividend paid  45.83% on $12,586.23; Claim# 4; Filed: $12,586.23; Reference: | 7100-000 | | 5,768.61 | 2,080.58 |
| 05/11/11 | 107 | Bonnett | Dividend paid  45.83% on $1,797.73; Claim# 5; Filed: $1,797.73; Reference: | 7100-000 | | 823.95 | 1,256.63 |
| 05/11/11 | 108 | ET Video | Dividend paid  45.83% on $2,741.78; Claim# 6; Filed: $2,741.78; Reference: | 7100-000 | | 1,256.63 | 0.00 |

| | | ACCOUNT TOTALS | 10,457.35 | 10,457.35 | $0.00 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 10,457.35 | 0.00 | |
| | | Subtotal | 0.00 | 10,457.35 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $0.00 | $10,457.35 | |

Net Receipts :    10,457.35
Net Estate :    $10,457.35

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******51-65 | 10,457.35 | 0.00 | 0.00 |
| Checking # 9200-******51-66 | 0.00 | 10,457.35 | 0.00 |
| | $10,457.35 | $10,457.35 | $0.00 |

{} Asset reference(s)                                                                 Printed: 07/26/2011 09:58 AM    V.12.57